THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL RHYMES, Appellant. [38 NYS3d 468]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Centra, Peradotto, Carni and Scudder, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY AYRHART, Appellant. [38 NYS3d 468]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Lindley, Curran and Scudder, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM J. BARNES, JR., Appellant. [38 NYS3d 469]—Motion for reconsideration denied. Present—Smith, J.P., Centra, Lindley, DeJoseph and Scudder, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS TIMMONS, Appellant. [38 NYS3d 482]—Motion for writ of error coram nobis granted. Memorandum: Defendant contends that he was denied effective assistance of appellate counsel because counsel failed to raise an issue on direct appeal, specifically, whether the court erred when it failed to comply with CPL 310.30 in regard to court exhibit No. 3. Upon our review of the motion papers, we conclude that the issue may have merit. The order of November 15, 2002 is vacated and this Court will consider the appeal de novo (*see People v LeFrois*, 151 AD2d 1046 [1989]). Defendant is directed to file and serve his records and briefs with this Court on or before December 29, 2016. Present—Whalen, P.J., Centra, Peradotto, Troutman and Scudder, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY ORTA, Appellant. [38 NYS3d 470]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Centra, Peradotto, DeJoseph and Scudder, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES F. CAHILL, III, Appellant. [38 NYS3d 470]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Smith, Peradotto, Lindley and Scudder, JJ.